# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:19-CV-61476-WPD

MUDIWA MURERWA, individually
and on behalf of all others similarly situated,

     Plaintiff,

v.

MII AMO NAIL SPA CORP. d/b/a
LAVISH MANORS NAIL SPA,

     Defendant.

_____/

## NOTICE OF FILING PROPOSED SUMMONS

     Pursuant to [D.E. 3] Clerk's Notice to Filer, Plaintiff MUDIWA MURERWA, by and

through undersigned counsel, submits the attached proposed summons.

     DATED: June 14, 2019

          Respectfully Submitted,

           /s/ Thomas J. Patti            .
          **THOMAS J. PATTI, ESQ.**
          Florida Bar No.: 118377
          E-mail:   tom@jibraellaw.com
          **JIBRAEL S. HINDI, ESQ.**
          Florida Bar No.: 118259
          E-mail:   jibrael@jibraellaw.com
          The Law Offices of Jibrael S. Hindi
          110 SE 6th Street, Suite 1744
          Fort Lauderdale, Florida 33301
          Phone:   954-907-1136
          Fax:     855-529-9540

          *COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 14, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com