UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61476-CIV-DIMITROULEAS

MUDIWA MURERWA, individually
and on behalf of all others similarly
situated,

    Plaintiff,

vs.

MII AMO NAIL SPA CORP. d/b/a
LAVISH MANORS NAIL SPA,

    Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal With Prejudice ("Notice") [DE 10], filed herein on August 2, 2019. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 10] is hereby **APPROVED**;
2. This case is **DISMISSED WITH PREJUDICE;**
3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of August, 2019.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record